**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Case No.: 0:25-cr-01019-SAL |
| | ) | |
| v. | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| Wesley Keith Zimmer | ) | **MOTION FOR A VARIANCE** |
| | ) | |

Defendant Wesley Keith Zimmer ("Mr. Zimmer"), by and through undersigned counsel, respectfully moves under 18 U.S.C. § 3553(a) and *United States v. Booker*, 543 U.S. 220 (2005), for a sentence below the advisory guideline range.

**I.**

**CASE HISTORY**

On January 23, 2025, the Defendant was arrested by the York County Sherrif's Department on charges of

1.) Dissemination of Obscene Material to a person under 18 years,

2.) Sexual exploitation of a minor 1st Degree

3.) Sexual exploitation of a minor 3rd Degree

4.) Sexual exploitation of a minor 3rd Degree

5.) Sexual exploitation of a minor 2nd Degree

The Defendant was held without bond and those charges are currently pending in York County General Sessions Court.

On September 4, 2025 the Defendant's case was temporally transferred to federal authorities and the Defendant was arraigned by Magistrate Judge Paige Gossett. The government

moved for detention and the Defendant waived his detention hearing and was ordered to remain detained in custody. He has been held at the Sumter County Detention Center since that time.

The Defendant was charged in Federal Court in a 4 count Indictment for conduct related to the York County criminal charges. On February 23, 2025, the Defendant plead guilty to count 4 of the Superseding Indictment before United States District Judge Sherry Lydon.

A Pre-Sentence Report was prepared by Senior United States Probation Officer Daniel Schirra. There are no outstanding objections to the PSR. The defendant's total offense level adjustment is 43. The minimum term of imprisonment is 5 years and the maximum term of imprisonment is 20 years. Based on the total offense level and a criminal history I, the maximum penalty under the guidelines is 240 months. Absent the maximum sentence authorized by law, the guideline range of imprisonment would have been life.

## II.

## THE OFFENSE CONDUCT

The Offense conduct is very serious and the Defendant in no way minimizes the gravity of the offense. What started out as an attempt to meet females, gradually developed into serious criminal conduct. The Defendant has accepted responsibility for this conduct and will face the consequences of his conduct. The Defendant's only request is for the court to consider a variance and sentence him to a term of imprisonment less that called for under the guidelines. Though criminal conduct was initiated by the Defendant with minors, there is no evidence that the Defendant ever had physical contact with any minors.

## III.

## HISTORY AND CHARACTERISTICES OF THE DEFFENDANT

Defendant was born October 13, 1994 to Lelanie and Bennard Zimmer. Zimmer has two siblings. The Defendant had a fairly normal upbringing by his mother and father, but they separated in Zimmer's mid teens. Zimmer remains close with his family. His parents are very supportive in his present difficulties.

The Defendant has never married and has no children. Zimmer has no prior involvement with the law.

After graduating from high school, Zimmer pursued a career in aviation. He is a graduate of the National Aviation Academy with an Occupational Associate's Degree. He holds a certification in FAA Airframe and Powerplant. He holds a certificate in FAA Inspection Authorization. Mr. Zimmer is also a certified student pilot. He was the recipient of the Director's Award from the National Aviation Academy and was awarded the status of Summa Cum Laude with a 98.8 grade point average.

Mr. Zimmer has gained wide spread experience in airplane mechanics and maintenance. He has a strong work ethic having worked at Technic Air, PSA Airlines, Monroe Air Center, and PEMPCO World Air Services at Tampa Florida Airport. He has also established two businesses AERO Professional Services (doing aircraft services) and Fly By Detail Maintenance and Service, LLC in Rockhill, S.C.(doing aircraft maintenance and service).

Based on his academic training and his work experience Zimmer has a complete knowledge and skill in performing service checks, maintenance tasks, specialized training and certification in dealing with Bombardier series aircraft, as well as Beechcraft, Cessna, Piper and

both single and twin engine aircraft, assembly and disassembly of aircraft engines, fabricating aircraft components and dealing with materials, such as extruded polystyrene, epoxy resin, bi-directional fiberglass, operation of advanced avionics and electrical systems, and skill in performing comprehensive maintenance and safety tests.

**IV.**

**CHARACTER LETTERS**

Attached to the Motion are several letters from people who have a high regard for the Defendant and wish to express their feelings to the Court.

**V.**

**CONCLUSION**

The Defendant requests that the Court consider the factors set forth in 18 U.S.C. § 3553(a) and fashion a sentence not greater than necessary, by varying from the guideline sentence set forth in the PSR.

[*This space intentionally left blank. Signature page follows.*]

Respectfully submitted,

/s/ Jack B. Swerling
Jack B. Swerling (ID# 4406)
Law Offices of Jack B. Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
(803) 765-2626
Email: jackswerling@gmail.com
*Attorney for Defendant*

/s/ Leland B. Greeley
Leland Bland Greeley (ID# 7850)
P.O. Box 2981
Rock Hill, SC 29732
803-329-0088
Fax: 803-329-4310
Email: lgreeley@lbgreeleylaw.com
*Attorney for Defendant*

Columbia, South Carolina
September 21, 2026