Your Honor,

I am writing this letter on behalf of Wesley Keith Zimmer, whom I have had the privilege of knowing and working with closely for the past five years. As a colleague in the aircraft maintenance industry, where I have dedicated over ~~50~~ 40 years of my career, I have interacted with Wesley on a daily basis, witnessing firsthand his dedication, skill, and character.

Wesley has always led a law-abiding and productive life, free from any prior legal troubles. His passion for aviation is evident in his role as an aircraft technician, where he has excelled with remarkable expertise across airframe, engine, and complex avionics systems. In my extensive experience working alongside countless technicians, Wesley stands out as exceptionally talented and hardworking—someone who approaches every task with precision, integrity, and a genuine commitment to safety and excellence. He is not a violent individual; in all our time together, I have never seen him display anger, aggression, or any propensity for harm. Instead, he has been a steady, reliable presence, contributing positively to our team and the broader aviation community.

I do not take lightly the gravity of the charges Wesley faces—they are serious and deeply troubling. However, through our limited correspondence via email during his incarceration over the past year and a half, Wesley has expressed profound remorse for his actions. He has reflected deeply, found solace and renewal in his faith, and is eager to seek professional counseling to address the root causes of his mistakes. His desire to return to his previous role as an aircraft technician speaks to his hope for redemption and a meaningful path forward.

Your Honor, Wesley has already endured significant hardship during his time served, and I understand he faces a five-year sentence for this non-violent federal offense. I humbly appeal to your compassion and discretion to consider reducing his sentence from the bench to one of probation, with credit for time already served, possibly including work release. Wesley has a stable job waiting for him upon release, where he would be under direct supervision in a structured environment. His loving family stands ready to support him through this transition, providing the guidance and accountability needed to ensure he rebuilds his life responsibly. I am confident that, given this opportunity, Wesley will emerge as an even stronger, more productive citizen—devoting his talents to the aviation field, mentoring others, and living with purpose, far removed from any destructive behaviors, including those involving social media.

Incarceration has already taken a heavy toll on Wesley, his family, and our community, which could benefit greatly from his skills and contributions. Your Honor, I respectfully and earnestly ask that you grant him this chance at mercy and rehabilitation, allowing him to reintegrate as a model citizen who will honor the trust placed in him.

Sincerely,

John Car
AP/IA/ Pilot
704-737-3627