February 15, 2026

Jeffrey Allwine
236 Zimmer Road
Fort Mill, SC 29707

Mobile 704 877 4252
e-mail jeffallwine@gmail.com

The Honorable Shiva V. Hodges
South Carolina District Court

Re : Character Reference for Wesley Zimmer, Case No. o:25-cr 01019

Dear Judge Hodges,

My name is Jeff Allwine and I own a auto floor mat manufacturing business in Fort Mill, South Carolina. I am writing this letter to share my perspective on the character of Wesley Zimmer whom I have known for a little over 20 years. I first met Wesley whan he would run around the business park his father and grand father built in Fort Mill, SC and in which I moved my Company into in 2006.

Wesley was always a smart, honest and industrious kid and worked for us on many occasions. I have commented may times during that time to his dad and grandfather that I was so proud of him as he worked hard and did not smoke, drink or do drugs.

I am aware that Wesley is facing serious criminal charges but in correspondence with me he has expressed genuine remorse for his actions and I am certain he will learn from his mistake and never get into trouble again.

Thank you for your time and considering this information.

Sincerely,

Jeff Allwine

Jeffrey H Allwine