Osvaldo Velez

31 Greeley St.

Apt. 3B

Nashua, NH 03064

The Honorable Sherri Lyndon

South Carolina District Court

Case# 0.25-cr-01019

Character reference for Wesley Keith Zimmer

Dear Judge Lyndon,

My name is Osvaldo Velez, I am a clean room production specialist working for LGC Labs in Manchester, NH. I am friends with Wesley Keith Zimmer and the Zimmer family for 4 years now. I first came to know Wesley through a Facebook group catering to a mutual hobby about aviation & aviation collectibles. I was new to the group community and was interested in a piece I was looking to purchase & thanks to his intervention, I was spared from being scammed by what turned out to be a member using a fake account. Once we started discussing our jobs and our affinity for the hobby, we realized we have similar work ethics and in getting to know his family, I see where his strong work ethics come from.

I understand the severity of his charges but ever since his arrest, indictment & our continued communication through mail, he has demonstrated a full understanding of his mistake and the circumstances leading up to his current situation. He understands not just the consequences of his mistake; But his deepest regret and sorrow is the pain his mistake has put his family through. However, I believe life is a learning curve and using every lesson it teaches us from our mistakes to help us become the best version of ourselves we can be & offer the advice and guidance to help anyone get a second chance and help them back up on their feet, is the mission of our justice system in Wesley's case. He sure has work & time to do to prove you he assumes full responsibility for his mistake but I believe he deserves a second chance to prove he is not a monster but someone trying to find his way back into society as the hard worker, brother and son to his family. With these few lines, I respectfully leave to your consideration granting Wesley that opportunity. Please let me know if I may offer any further assistance.

Respectfully,

Osvaldo Velez